

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 941 | **DATE** | 3/20/2009 |
| **CASE TITLE** | Mobile Anesthesiologists Chicago, LLC vs. Anesthesia Associates of Houston | | |

**DOCKET ENTRY TEXT**

This matter is set for status on March 27, 2009 at 10:00 a.m. The Court during the March 20, 2009 status hearing referred to several cases. See <u>Hyperquest, Inc. v. NuGen I.T., Inc.</u>, No. 08 C 485, 2008 WL 4874193 (N.D. Ill. June 18, 2008); <u>Chicago Architecture Foundation v. Domain Magic, LLC</u>, No. 07 C 764, 2007 WL 3046124 (N.D. Ill. Oct. 12, 2007); <u>George S. May Intern. Co. v. Xcentric Ventures, LLC</u>, 409 F.Supp.2d 1052 (N.D. Ill. 2006).

*Charles Norgle*

Docketing to mail notices.



| | Courtroom Deputy Initials: | EF |
|---|---|---|